**No. 40166.**—Protests 282859–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, powder bowls, bottles, powder boxes, baskets, and candy box chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339 as claimed.